|    |    |
|----|----|
| 1  | ISMAIL J. RAMSEY (CABN 189820) |
|    | United States Attorney |
| 2  | MICHELLE LO (NYBN 4325163) |
|    | Chief, Civil Division |
| 3  | VIVIAN F. WANG (CABN 277577) |
| 4  | Assistant United States Attorney |
| 5  | 450 Golden Gate Avenue, Box 36055 |
|    | San Francisco, California 94102-3495 |
| 6  | Telephone: (415) 436-7431 |
|    | Fax: (415) 436-6570 |
| 7  | Vivian.Wang@usdoj.gov |
| 8  | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR 03-0151 VRW |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING UNITED STATES OF AMERICA'S MOTION TO QUASH WRIT OF CONTINUING GARNISHMENT** |
| ERIC EDWARD PLATA, | |
| Defendant, | |
| TRANSAMERICA RETIREMENT SERVICES, | |
| Garnishee. | |

Upon consideration of the United States of America's Motion to Quash Writ of Continuing Garnishment, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States of America's Motion to Quash Writ of Continuing Garnishment directed towardsTransamerica Retirement Services, issued by the Clerk of the Court on March 15, 2024, Docket No. 42, is GRANTED.

**IT IS SO ORDERED.**

Dated:  6/27/2024

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
(General Duty Judge)